THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK CARAVELLA, Respondent.—

Concur — Stevens, P. J., McGivern, Markewich and Steuer, JJ.